SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TRACEY A. KENNEDY, Cal Bar No. 150782
tkennedy@sheppardmullin.com
ROBERT MUSSIG, Cal. Bar No. 240369
rmussig@sheppardmullin.com
RYAN J. KRUEGER, Cal Bar No. 293994
rkrueger@sheppardmullin.com
TYLER JOHNSON, Cal Bar No. 307386
tjohnson@sheppardmullin.com
MICHAELA R. GOLDSTEIN, Cal. Bar No. 316455
mgoldstein@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendants
SPORTS MEDIA SERVICES, LLC
(ERRONEOUSLY NAMED AND
SERVED AS FOX CORPORATION),
FOX SPORTS HOLDINGS, LLC,
FOX SPORTS 1, LLC, FOX SPORTS 2, LLC, and FOX SPORTS PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOUSHIN FARAJI, individually, and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FOX CORPORATION, a Delaware corporation, FOX SPORTS HOLDINGS, LLC, a Delaware limited liability company, FOX SPORTS 1, LLC, a Delaware limited liability company, FOX SPORTS 2, LLC, a Delaware limited liability company, FOX SPORTS PRODUCTIONS, LLC, a Delaware limited liability company, CHARLIE DIXON, an individual, SKIP BAYLESS, an individual, JOY TAYLOR, an individual, and DOES 1-25, inclusive,<br><br>  Defendants. | Case No.<br>LASC Case No. 25STCV00101<br><br>**DECLARATION OF MICHAELA R. GOLDSTEIN IN SUPPORT OF DEFENDANT SPORTS MEDIA SERVICES, LLC'S (ERRONEOUSLY NAMED AND SERVED AS FOX CORPORATION) NOTICE OF REMOVAL**<br><br>[*Filed Concurrently with: Notice of Removal of Action; Corporate Disclosure Statement; Notice of Interested Parties; and Declaration of Joy Dumlao in support of Defendant's Notice of Removal of Action*]<br><br>Complaint Filed: January 3, 2025<br>Trial Date: None Set |

-1-

## DECLARATION OF MICHAELA R. GOLDSTEIN

I, Michaela R. Goldstein, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant Sports Media Services, LLC (erroneously named and served as Fox Corporation) ("Sports Media") in the above-referenced action. I am one of the attorneys primarily responsible for managing the defense of this action on behalf of Sports Media, and I am personally familiar with the pleadings filed in this action and my firm's files for this matter. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. A true and correct copy of the proposed class action summons and complaint ("Complaint") filed on behalf of Plaintiff Noushin Faraji against Sports Media in the Superior Court of the State of California, County of Los Angeles, which initiated Case No. 25STCV00101 ("State Court Action") is attached hereto and marked "**Exhibit C**."

3. On January 7, 2025, Sports Media (erroneously named and served as Fox Corporation) was served with Plaintiff's Complaint by personal service. A true and correct copy of the Proof of Service for Sports Media is attached hereto and marked "**Exhibit D**."

4. A true and correct copy of Sports Media's Answer to Plaintiff's Complaint which Sports Media filed in the State Court Action on February 4, 2025 is attached hereto and marked "**Exhibit E**."

5. On January 29, 2025, Sports Media was served with an Initial Status Conference Order and Minute Order in the State Court Action. A true and correct copy of these Orders is attached hereto and marked "**Exhibit F**."

6. A true and correct copy of Skip Bayless's Answer to Plaintiff's Complaint, which Mr. Bayless filed in the State Court Action on February 5, 2025 is attached hereto and marked "**Exhibit G**."

I have read the foregoing declaration and I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 5th day of February 2025 in Los Angeles, California.

*/s/ Michaela Goldstein*
MICHAELA GOLDSTEIN